UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JERIMOND HOWARD,<br>Defendant. | Case No. CR 20-0327 CRB<br><br>**[PROPOSED] FINAL ORDER OF FORFEITURE** |

On March 24,2022, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

- One .40 caliber Glock 23 Austria firearm bearing serial number EYW298, seized in San Francisco County, California on or about March 23, 2021;
- All ammunition seized in or with the .40 caliber Glock 23 Austria firearm bearing serial number EYW298, including 18 rounds of ammunition, as found loaded in the firearm and in the magazine loaded into the firearm, including one unexpended round head stamped "WIN 40 S&W", 12 unexpended rounds head stamped "BLAZER 40 S&W", and five unexpended rounds head stamped "PMC 40 S&W".

pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Procedure.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) and the procedures outlined in Rule 32.2 of the Federal Rules of Procedure. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 10th day of August, 2026.

HON. CHARLES R. BREYER
United States District Judge